# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

CERTIFIED COPY

April 14, 2026

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

DAVID F. HAMILTON, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| Nos. 25-2349 & 25-2350 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ANNE PRAMAGGIORE and MICHAEL MCCLAIN,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:20-cr-00812 |
| Northern District of Illinois, Eastern Division |
| District Judge Manish S. Shah |

Appellant Anne Pramaggiore filed a motion for bond pending the resolution of her appeal. On November 10, 2025, a motions panel of this court denied her motion for bond under 18 U.S.C. § 3143(b). Having heard argument in this appeal, we have reconsidered our previous order and hereby **GRANT** Pramaggiore's motion for bond pending a new trial. Our opinion granting a new trial will follow.

We further find that appellant Michael McClain is likewise entitled to bond, because he has shown that he is not likely to flee or pose a danger to the safety of any other person or the community and that the appeal raises a substantial question that will result in an order for a new trial. 18 U.S.C. § 3143(b)(1)(A), (B). We therefore also **REVERSE** the district court's denial of McClain's motion for bond pending resolution of his appeal.

Both Pramaggiore and McClain are entitled to release. The United States must make arrangements to release Pramaggiore and McClain from federal custody forthwith. Pragmaggiore and McClain must report to pretrial services in the Northern District of Illinois and comply with release conditions as ordered by the district court.

form name: **c7_Order_3J**    (form ID: **177**)